IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JOHNNY LEE BROWN, 212271, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>)<br>JEFFERSON S. DUNN, et al., )<br>)<br>Defendants. ) | CIVIL ACTION NO. 2:16-CV-31-WHA<br>(WO) |

**ORDER**

On February 23, 2016, the Magistrate Judge filed a Recommendation (Doc. #4) dismissing this case without prejudice for Plaintiff's failure to pay the requisite fees upon initiation of this case or provide the court with financial information to determine whether he should be allowed to proceed *in forma pauperis* as required by an order of the court. No timely objections have been filed to this Recommendation. Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is

ORDERED and ADJUDGED that:

1. The Recommendation of the Magistrate Judge is hereby ADOPTED.

2. This case is DISMISSED without prejudice for Plaintiff's failure to comply with an order of this court.

An appropriate Final Judgment will be entered separately.

DONE this 16th day of March, 2016.

/s/   W. Harold Albritton
SENIOR UNITED STATES DISTRICT JUDGE